**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**Filed Electronically**

| | | |
|---|---|---|
| **LOGAN HICKEY** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.** 3:16-cv-739-DJH |
| | ) | |
| **GENERAL ELECTRIC** | ) | |
| **COMPANY** | ) | |
| | ) | |
| **DEFENDANT** | ) | |
| | ) | |

<u>**NOTICE OF REMOVAL**</u>

Plaintiff, Logan Hickey and his counsel will take notice that on the 21st day of November, 2016, Defendant, General Electric Company, by counsel, filed its Petition for Removal, and its Exhibits thereto, for removal of this action to the United States Court for the Western District of Kentucky, Louisville Division by filing the same with the Clerk of the Court.

Respectfully submitted,

/s/Matthew Barszcz
Kathryn A. Quesenberry
Matthew Barszcz
DINSMORE & SHOHL LLP
101 S. Fifth Street, Suite 2500
Louisville, Kentucky 40202
Telephone:  (502) 581-8000
Facsimile:  (502) 581-8111
E-Mail:  Kathryn.Quesenberry@dinsmore.com
E-Mail:  Matthew.Barszcz@dinsmore.com
*Counsel for Defendant, General Electric Company*

## CERTIFICATE OF SERVICE

This is to certify that on the 21st day of November, 2016, counsel for Defendant General Electric Company served via the electronic filing system to the office of the Clerk of the Jefferson Circuit Court in Civil Action No. 16-CI-005396, Logan Hickey v. General Electric Company, all pleadings listed in the above Notice. On the same day counsel for Defendant General Electric Company mailed a copy of the Petition for Removal to:

Robyn Smith, Esq.
Abney & McCarty, PLLC
2950 Breckenridge Lane
Louisville, Kentucky 40220
Telephone: (502) 459-4108
Facsimile: (502) 459-4277
E-Mail: robyn@amkylaw.com
*Counsel for Plaintiff*

/s/Matthew Barszcz
*Counsel for Defendant, General Electric Company*

2